IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLIE M. VARGO,** | ) |
| Plaintiff, | ) )  |
| v. | ) **2:05cv542** ) **Electronic Filing** |
| **RAS INDUSTRIES, STEVEN FISCHER, BRENDA MATTY,** | ) ) Judge Cercone ) Magistrate Judge Hay ) ) |
| Defendants. | ) |

## ORDER

AND NOW, this 2nd day of March, 2006, after the plaintiff, Kellie M. Vargo, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendants, RAS Industries, Steven Fischer and Brenda Matty, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' Motion to Dismiss (Document No. 16) is DENIED.

*David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Lois Glanby, Esquire
      152 East Highland Drive
      McMurray, PA 15317

      David M. Huntley, Esquire
      Jones, Gregg, Creehan & Gerace
      411 Seventh Avenue
      Suite 1200
      Pittsburgh, PA 15219-1905